IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE M. DANSBY, #181 727, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13cv380-WHA |
| | ) |
| DR. SIDDIQ, | ) (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on October 15, 2013, and two Objections to the Recommendation filed by the Plaintiff on October 28, 2013 (Docs. #15 and #16).

Following an independent evaluation and *de novo* review of the file in this case, the court finds, for the reasons stated in the Recommendation, that the objections are without merit. Therefore, it is hereby ORDERED as follows:

1. The Recommendation is ADOPTED, and Plaintiff's objections are OVERRULED.

2. Defendant's Motion to Dismiss is GRANTED to the extent that the Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to filing this action.

3. This case is DISMISSED without prejudice, pursuant to the provisions of 42 U.S.C. § 1997(e)(a) for the Plaintiff's failure to exhaust an administrative remedy.

4. No costs are taxed.

DONE this 30th day of October, 2013.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE