IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDRE M. DANSBY, #181 727, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13cv380-WHA |
| | ) | |
| DR. SIDDIQ, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Judgment is entered in favor of the Defendant, Dr. Siddiq, and against the Plaintiff, Andrew M. Dansby, and this case is DISMISSED without prejudice.

DONE this 30th day of October, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE